**Gurdev SINGH, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 07–71577.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 19, 2011.*

Filed Jan. 3, 2011.

Manpreet Singh Gahra, Law Office of Manpreet Singh Gahra, Berkeley, CA, for Petitioner.

Chief Counsel Ice, Office of The Chief Counsel Department of Homeland Security, San Francisco, CA, OIL, Andrew Jacob Oliveira, Esquire, Trial, Christina Bechak Parascandola, Trial, Doj–U.S. Department of Justice, Washington, DC, for Respondent.

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

MEMORANDUM **

Gurdev Singh, a native and citizen of India, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing as untimely his appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252(a).

We review de novo questions of law, *Mohammed v. Gonzales*, 400 F.3d 785 (9th Cir.2005), and we grant the petition for review.

The BIA dismissed Singh's appeal as untimely without the benefit of our decision in *Irigoyen—Briones v. Holder*, 644 F.3d 943, 948 (9th Cir.2011), which held that the 30–day filing deadline for BIA appeals is not jurisdictional. We therefore remand for the BIA to determine whether to consider Singh's appeal in light on this intervening case law. *See INS v. Ventura*, 537 U.S. 12, 16, 123 S.Ct. 353, 154 L.Ed.2d 272 (2002).

**PETITION FOR REVIEW GRANTED; REMANDED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

